UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LUC BURBON and on behalf of all
other persons similarly situated,

                Plaintiffs,        No. 1:18-cv-1662

         -against-

FOX NEWS NETWORK, LLC,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice. Each party shall bear its or their own legal fees and costs.

Dated:

LAW OFFICE OF AVI A. NAVEH, ESQ.

By: _____
Avi A. Naveh
175 Varick Street, 3rd Floor
New York, New York 10014
(646) 881-4471
*Attorneys for Plaintiffs*

ARNOLD & PORTER KAYE SCHOLER LLP

By: _____
Dori Ann Hanswirth
250 West 55th Street
New York, New York 10019
(212) 836-8095
*Attorneys for Defendant*

So ordered:
August 24, 2018

_____
J. PAUL OETKEN
United States District Judge